**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:06CR8**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL DEAN WILDE.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the United States of America's Motion to Dismiss Forfeiture. Having considered the United States of America's Motion to Dismiss Forfeiture and reviewed the pleadings, and it appearing that good cause has been shown for the relief sought, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the United States of America's Motion to Dismiss Forfeiture is **GRANTED,** and the forfeiture of **$916.00 IN UNITED STATES CURRENCY** is **DISMISSED.**

Signed: July 26, 2006

Dennis L. Howell
United States Magistrate Judge